STATE EX REL. SWAIN *v.* SCHANNEN, AS JUDGE OF ALLEN CIRCUIT COURT, ETC.

[No. 0-385. Filed September 28, 1954.]

*Harold R. Swain, pro se.*

PER CURIAM—The petitioner seeks to compel action on the part of the Allen Circuit Court in connection with a verified motion to vacate judgment, which he alleges he has filed in that court.

The petition filed here is fatally defective. It fails to comply with Rule 2-35 of this court in that the relief sought relates to a proceeding in an inferior court, and the certified copies required under the rule are wholly lacking. Other defects need not be noticed.

The petition is denied.

NOTE.—Reported in 121 N. E. 2d 725.